

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2017

No. 04-17-00329-CR

Brian **FAZIO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5284
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due October 5, 2017. After we sent a late brief notice, appellant filed his first motion for extension of time, which we granted in part. Thereafter, appellant's brief was due November 13, 2017. Appellant then filed a second motion for extension of time, asking that we extend time to file the brief to December 2, 2017, which is a Saturday. We noted that in his motion appellant states this was a request for an additional fifteen days; however, it was actually a request for an additional nineteen days. Moreover, because December 2, 2017, was a Saturday, the brief was due Monday December 4, 2017, which was a total of twenty-one days from the actual due date. After review, we granted appellant's motion and ordered him to file his brief in this court on or before December 4, 2017. Appellant has now filed a third motion for extension of time, asking for an additional four days, but requesting the date of December 9, 2017, a Saturday, which is actually five days from the current December 4, 2017 due date. After review, we interpret appellant's motion as a request for an additional five days in which to file the brief. We **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before December 11, 2017** – given that the fifth day, December 9, 2017, is a Saturday. *See* Tex. R. App. P. 4.1(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court